

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00363-CV

IN THE MATTER OF B.R.

§ On Appeal from the 323rd District Court

§

§ of Tarrant County (323-113215-20)

§

§ June 1, 2023

§

§ Memorandum Opinion by Justice Bassel

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the sex-offender registration order of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
Justice Dabney Bassel